UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

IN THE MATTER OF:
DEBTOR (S) Kennith Robert Goward

Case No: 15-32342-DOF
CHAPTER 13 PROCEEDINGS
JUDGE DANIEL OPPERMAN

ATTORNEY: Ramsey H. Mashni
DATE FILED: 9/29/2015
CLAIMS BAR DATE: 4/25/2016
CONFIRMATION DATE: 2/16/2016

### TRUSTEE'S OBJECTION TO CONFIRMATION

☑ First Payment has not posted  ☐ Plan is unfeasible  ☑ Need ACH debit form

☐ Plan does not meet Best interest test $ _____

☐ Plan does not meet Means test: ☑ must be a 60 month ☐ must pay $ _____ to unsecured or affidavit required.

☑ DSO Certificate will be required at Confirmation  ☑ Reconcile net income on schedule J with Plan payment

☑ Amend Plan for the following:
- To correct the Liquidation Analysis regarding value of real property and Debtor's equity in same.
- To clarify treatment for First Key Mortgage.

☑ Amend Schedules for the following:
- Schedule A for value of 911 Alfalfa Drive as Debtor appears to be on deed
- Schedule B to show correct amounts for 401k & IRA at the time of filing (June 2015 totals are listed) and provide copy of current statements to Trustee.
- Schedule J to remove student loan payment of $230/month and reconcile net income with Plan payment.

☑ Trustee objects to disposable income and requests verfication or amendment to the following budget items:

phone, cell phone, internet, cable $335; clothing, laundry, dry cleaning $250

☑ Trustee objects to the payment of  2013 Jeep Wrangler/Santander, as it is a luxury expense.

☑ Exemptions are not accurate  amend to correct equity in real property

Provide the following to the Trustee by 2-5-16 :
- ☑ September-December 2015 bank statements from all accounts  ☑ current pay stubs

OCP to state the following:
- The Debtor shall remit 40% of the gross amount of any profit sharing/bonus checks received to the Trustee within 14 days of receipt. Debtors shall remit a copy of any profit sharing/bonus checks to the Trustee during the pendency of this bankruptcy case within 14 days of receipt

Other issues
- Trustee opposes the voluntary contributions to debtor's retirement plan and relies on *Seafort v. Burden*, 669 F.3d (6th Cir. 2012). See also, *In re Rogers*, 12-32558-DSO; See also the Bench Rulings from *In re Reyes*, Case No. 15-45618-PJS; and *In re Curran*, 12-44197-MBM.

**NATURE OF THE PLAN**-The Trustee interprets the nature of the Plan to be:

☑ Base Plan-completed upon the Trustee receiving $ 85,500 in addition to the receipts prior to confirmation.
.

**Confirmation recommended**  ☐ Yes _____ % in _____ months  ☑ No

WHEREFORE, unless the above terms are satisfied, the Chapter 13 Trustee requests that this Honorable Court deny confirmation of the Debtor's (s') Plan, dismiss this case, allow an administrative expense of $100.00 to the Trustee and provide other relief as is just.

/s/ Carl L. Bekofske
Dated:   January 28, 2016
Carl L. Bekofske, Standing Chapter 13 Trustee
400 N. Saginaw St. Ste 331., Flint, MI 48502
(810) 238-4675   ECF@flint13.com
P-10645

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

IN THE MATTER OF:  
**DEBTOR (S)  Kennith Robert Goward**

Case No: 15-32342-DOF  
**CHAPTER 13 PROCEEDINGS**  
**JUDGE DANIEL OPPERMAN**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2016, electronically filed the Chapter 13 Trustee's Objection to Confirmation with the Clerk of the Court using the ECF system; which will send notification of such filing to the following:

Ramsey H. Mashni  
mashnijd@gmail.com

And I hereby certify that I have mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

/s/ Sherry Beasinger  
Carl L. Bekofske, Standing Chapter 13 Trustee  
400 N. Saginaw St. Ste 331., Flint, MI 48502  
(810) 238-4675  
Email: ECF@flint13.com